NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
NATHAN D. SEVERSON, ESQ.
Nevada Bar No.: 009686
ALVERSON, TAYLOR, MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Attorney for Defendants CANAL INSURANCE COMPANY, ACME CLAIMS SERVICE and CHUCK KELLER, BURNS & WILCOX, LTD., and LON MCCARTY

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA
*****

| | |
|---|---|
| NEVADA PIC-A-PART d/b/a ABBIE'S RECYCLING CENTER, <br><br> Plaintiff, <br><br> vs. <br><br> CANAL INSURANCE COMPANY, INSURANCE DESIGNS CORPORATION, SERGIO ROLANDO PINTO d/b/a EL CISNE TRUCKING, BURNS & WILCOX, LTD., ACME CLAIMS SERVICE, L.L.C. CHUCK KELLER, LON MCCARTY, DOES I through V, and ROES I through V, inclusive, <br><br> Defendants. | Case No.: 2:09-cv-498-KJD-LRL |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff through their counsel of record, CHRISTENSEN LAW OFFICES, LLC, and Defendants CANAL INSURANCE COMPANY, ACME CLAIMS SERVICE and CHUCK KELLER, BURNS &

1

NRR-17880

1  WILCOX, LTD., and LON MCCARTY, through its counsel of record, Alverson, Taylor,

2  Mortensen & Sanders, that this matter be dismissed with prejudice as to all parties, each party to

3  bear their own costs and attorney's fees.

4  DATED this 10 day of May, 2010.             DATED this 11 day of May, 2010.

5

6  CHRISTENSEN LAW OFFICES, LLC          ALVERSON, TAYLOR, MORTENSEN
                                          & SANDERS

7

8  _____              _____
   CARA XIDIS, ESQ.                       NATHAN R. REINMILLER, ESQ.
9  Nevada Bar No.:                         Nevada Bar No.: 006793
   3627 South Eastern Avenue              NATHAN D. SEVERSON, ESQ.
10 Las Vegas, NV 89169                     Nevada Bar No.: 009686
   Attorney for NEVADA PIC-A-PART         7401 W. Charleston Boulevard
11 d/b/a ABBIE'S RECYCLING CENTER         Las Vegas, NV 89117
                                          Attorney for Defendants CANAL
12                                        INSURANCE COMPANY, ACME
                                          CLAIMS SERVICE and CHUCK KELLER,
13                                        BURNS & WILCOX, LTD., and LON
                                          MCCARTY
14

15

16
   IT IS SO ORDERED.
17 DATED: May 17, 2010

18
   _____
19

20 UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26 ///

27 ///

28

2

NRR-17880